IN STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ISIDRO CALONIA, JR.**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>**TRINITY PROPERTY CONSULTANTS, LLC,**<br><br>        Defendant. | Case No: 20-cv-6130<br><br>Hon. Thomas M. Durkin |

## DECLARATION OF JESSICA BECK

I, Jessica Beck, and pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a citizen of the United States, over 18 years of age, and competent to testify as to the matters contained in this Declaration. If called as a witness, I could and would competently testify to these same facts.

2.      I have personal knowledge of the facts set forth in this Declaration, or I have knowledge of such facts based upon corporate records which I have reviewed. Such corporate records are maintained in the regular course of business.

3.      I am currently employed by Trinity Property Consultants, LLC ("Trinity Property") as the Director of Human Resources. Through my role, I am familiar with the corporate structure of Trinity Property and its affiliated companies, including Pacific Personnel Services, Inc. ("Pacific Personnel").

4.      I am President of Pacific Personnel. Through my role, I am familiar with the operations of Pacific Personnel.

5.      Trinity Property manages residential housing complexes in Illinois, including the ReNew Wheaton property at 2 Wheaton Center, Wheaton, Illinois ("ReNew Wheaton") and the

1

Renew Downers Grove property at 2845 Easton Street, Downers Grove, Illinois ("ReNew Downers Grove").

6. Pacific Personnel provides employee management, benefit and payroll services to the workers performing certain on-site services at properties that Trinity Property manages. From 2018 to present, Pacific Personnel has provided such services at the ReNew Wheaton and ReNew Downers Grove properties managed by Defendant.

7. Pacific Personnel's records reflect that Plaintiff Isidro Calonia, Jr. worked for Pacific Personnel from January 2019 to April 14, 2020 at the ReNew Wheaton and ReNew Downers Grove properties.

8. Trinity Property never employed Plaintiff Isidro Calonia, Jr.

9. Trinity Property has never used a time clock system at its Illinois locations that scans a portion of its employees' fingers.

## BIPA Policy

10. Pacific Personnel uses an online learning management system ("LMS") to manage employee training course and policy acknowledgments. In the LMS, Pacific Personnel is also referred to as "PPS."

11. To use the LMS, an employee creates his own user profile and password.

12. In August 2019, Pacific Personnel distributed its Biometric Data Privacy Policy ("BIPA Policy"), attached as **Exhibit 1**, to Plaintiff and other employees via the LMS.

13. In the LMS, the BIPA Policy is also referred to as the "Time Clock Authorization Policy." The BIPA Policy and Time Clock Authorization Policy are the same thing. The three screenshot images attached as **Exhibit 2** indicate how the BIPA Policy displays in the LMS.

14. To review and acknowledge receipt of a policy in the LMS, including the BIPA Policy, an employee must scroll through the entire policy. The LMS then asks the reviewing

employee to indicate that they have read and agree to the policy by affirmatively answering an acknowledgment screen prompt.

15. For the BIPA Policy, the LMS requires employees, including Plaintiff, to scroll through the entire policy, including the "Employee Consent" portion, to arrive at the acknowledgment screen prompt and complete the online session. After scrolling through the entirety of the BIPA Policy (Exhibit 1), Plaintiff and other employers are required to respond to a single acknowledgment screen prompt that states "I have read and agreed to the Time Clock Authorization Policy." A screenshot of that acknowledgement prompt in the LMS is attached as **Exhibit 3**. The LMS does not indicate that the BIPA Policy was reviewed and consent provided until the employee answers the acknowledgment prompt as "True."

16. Once an employee acknowledges receipt of a policy and consents to its terms in the LMS, the LMS records that act as a training course having been "completed."

17. On August 25, 2019, Plaintiff acknowledged review and receipt of the entire BIPA Policy as evidenced by the "Completed" notation in the "Training Status" column (third column from the right) on his "Custom Training Record Report," attached as **Exhibit 4**.

### Plaintiff's Later Use of Timekeeping System's Fingerprint Scanner

18. Plaintiff was an employee of Pacific Personnel working at the ReNew Downers Grove property in December of 2019.

19. Prior to December 2019, Pacific Personnel employees at the ReNew Downers Grove property, including Plaintiff, used the ADP timekeeping system by a traditional manual punch of the time clock.

20. In December 2019, Pacific Personnel employees at the ReNew Downers Grove property, including Plaintiff, first used the biometric scanner features of the ADP timekeeping system.

21. Once an employee is enrolled as a biometric user in the ADP system used by Pacific Personnel, they can only punch in and punch out using the biometric scanner.

22. The "Edit Audit Report," attached as **Exhibit 5**, is the ADP system-generated report that shows all the hours Plaintiff worked for Pacific Personnel and how that time worked was registered in the ADP timekeeping system.

23. In an Edit Audit Report, an indication of "System Created – Posting" in the "Reason" column (third column from left) indicates the employee scanned his finger to record his punch in or punch out time.

24. As noted on page 89 of the Edit Audit Report, Plaintiff first used the biometric scanner on December 17, 2019, more than three months after he received the BIPA Policy and consented to the collection, retention and use of his biometric data as described in the BIPA Policy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4, 2020

                                                                  */s/ Jessica Beck*
                                                                  Jessica Beck

4852-6260-2451.1 073447.1054