# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Isidro Calonia

                         Plaintiff,

v.                                                           Case No.: 1:20−cv−06130
                                                                         Honorable Thomas M. Durkin

Pacific Personnel Services, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 6, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: The Court has reviewed the parties' January 6, 2022 letter, and grants a stay of this case pending the Illinois Supreme Court's decision in McDonald v. Symphony Bronzeville Park LLC, 2020 IL App (1st) 192398 (Sept. 18, 2020), 163 N.E.3d 746. The parties are to file a joint status report within 30 days of the Illinois Supreme Court's ruling in McDonald. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.